1  FREDERICK H. KRANZ (STATE BAR NO. 055815)
   JESS R. BRESSI (STATE BAR NO. 110264)
2  RYAN C. STOTTLEMYER (STATE BAR NO. 212362)
   COX, CASTLE & NICHOLSON LLP
3  19800 MacArthur Boulevard, Suite 500
   Irvine, California 92612-2435
4  Telephone: (949) 476-2111
   Facsimile: (949) 476-0256
5  Email: rkranz@coxcastle.com
   Email: jbressi@coxcastle.com
6  Email: rstottlemyer@coxcastle.com

7  ROBERT D. INFELISE (STATE BAR NO. 093876)
   COX, CASTLE & NICHOLSON LLP
8  555 Montgomery Street, Suite 1500
   San Francisco, California 94111
9  Telephone: (415) 392-4200
   Facsimile: (415) 392-4250
10 Email: rinfelise@coxcastle.com

11 Attorneys for Plaintiff
   SVC-NAPA, L.P.

12

13                  UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16 SVC-NAPA, L.P., a California limited partnership,   Case No. C 06-3561 SI

17              Plaintiff,                             **JOINT STIPULATION TO CONTINUE
                                                       INITIAL CASE MANAGEMENT
18        v.                                           CONFERENCE; [PROPOSED] ORDER
                                                       THEREON**
19 STRATEGY RESORT FINANCING, INC., a
   Florida corporation, *et al.*,                      HONORABLE SUSAN ILLSTON
20
              Defendants.                              Current CMC:
21                                                     Date:       September 1, 2006
                                                       Time:       2:00 p.m.
22 AND RELATED COUNTERCLAIMS.                          Courtroom:  10, 19th Floor

23                                                     Proposed New CMC:
                                                       Date:       October 6, 2006
24                                                     Time:       2:00 p.m.
                                                       Courtroom:  10, 19th Floor
25

26

27

28

1    **TO THE HONORABLE SUSAN ILLSTON, UNITED STATES DISTRICT**

2    **JUDGE:**

3           Pursuant to Northern District of California Local Rules 7-12 and 16-2(d),

4    Plaintiff SVC-Napa, LP, Defendants Strategy Resort Financing, Inc., and Strategy Investments, LLC,

5    Defendants and Counterclaimants Veritas High Yield Arbitrage Fund I LLC ("Veritas I"), and Veritas

6    High Yield Arbitrage Fund II LLC ("Veritas II"), and Defendant GVEC Resource, Inc., (collectively,

7    the "Parties"), by and through their attorneys of record, hereby stipulate as follows:

8           1.      On June 2, 2006, Plaintiff SVC-Napa, LP, filed the complaint in this action,

9    asserting claims against each of the above-listed Defendants.

10          2.      On June 2, 2006, the Court issued an Order Setting Initial Case Management

11   Conference ("CMC") and ADR Deadlines (the "Order").  In the Order, the Court, among other things,

12   scheduled the Initial Case Management Conference ("CMC") for September 1, 2006, at 2:00 p.m., in

13   Courtroom 10, 19th Floor, of the above-referenced Court.

14          3.      Pursuant to the Order and Rule 26(f) of the Federal Rules of Civil Procedure, on

15   August 7, 2006, the Parties conducted the early meeting of counsel in this action.  At that early

16   meeting of counsel, the Parties concluded that a CMC on September 1, 2006 would be premature in

17   light of the following: (a) the parties have made significant progress in their settlement negotiations,

18   which may result in a dismissal of the action within the next several weeks; (b) all Defendants have

19   not yet appeared in the action, and at least one Defendant has contested service (Veritas High Yield

20   Arbitrage Fund Bermuda Ltd.), which may require SVC-Napa to serve Veritas High Yield Arbitrage

21   Fund Bermuda Ltd. (and perhaps other Defendants) pursuant to the terms of the Hague Convention on

22   the Service Abroad of Judicial and Extrajudicial Documents (the "Hague Convention"), depending

23   upon the Court's ruling(s); and (c) Plaintiff has yet to respond to Veritas I and Veritas II's

24   counterclaims, and the other Defendants will likely file counterclaims and/or cross-claims.

25          4.      Accordingly, the Parties stipulate and request that the Court enter an order

26   continuing the Initial Case Management Conference in this action from September 1, 2006 to

27   October 6, 2006.  Pursuant to the terms of the Court's Order Setting Initial Case Management

28

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP   52376\296529v1
IRVINE, CA

1   Conference and ADR Deadlines, the last day to complete initial disclosures, file case management

2   statement and Rule 26(f) report shall be September 29, 2006.

3           5.     The Parties further agree that, notwithstanding the completion of their early

4   meeting of counsel, the automatic stay on the propounding of discovery affected by Rule 26 of the

5   Federal Rules of Civil Procedure shall remain in effect until twenty (20) days after the Parties

6   complete their initial disclosures, which initial disclosures will be made pursuant to the deadlines

7   established by the continued date for the CMC.

8           6.     The Parties further agree that execution of this Stipulation shall in no way

9   constitute a waiver of any jurisdictional defenses by any defendant.

10           7.     The Parties further agree that execution of this Stipulation shall in no way

11   constitute a waiver of service of process or an admission that service of process has been properly

12   effected by any defendant.

13         **IT IS SO STIPULATED.**

14   Dated: August 9, 2006         COX, CASTLE & NICHOLSON LLP

15

16                            By: _____

17                              Frederick H. Kranz
                                 Jess R. Bressi

18                              Ryan C. Stottlemyer

19                              Attorneys for Plaintiff
                             SVC-NAPA, LP

20   Dated: August ___, 2006        BAKER & MCKENZIE LLP

21

22                              By: _____

23                              Bruce H. Jackson
                             Christopher Van Gundy

24                              Saralyn M. Ang-Olson

25                              Attorneys for Defendants
                             STRATEGY RESORT FINANCING, INC.;
                             and STRATEGY INVESTMENTS, LLC

26

27

28

1     Dated: August ___, 2006          FULBRIGHT & JAWORSKI LLP

2

3                               By: _____

4                                    Todd M. Sorrell
                                   Melissa S. Mac Pherson

5                                    Attorneys for Defendant
                                   GVEC RESOURCE, INC.

6     Dated: August ___, 2006          LINER YANKELEVITZ SUNSHINE

7                                    & REGENSTREIF LLP

8

9                               By: _____
                                   Jeffrey Nussbaum

10                                    Kim Zeldin

11                                    Attorneys for Defendants
                                   VERITAS HIGH YIELD ARBITRAGE

12                                    FUND I LLC; and VERITAS HIGH YIELD
                                   ARBITRAGE FUND (BERMUDA) LTD.

13                             **[PROPOSED] ORDER**

14          Based upon the Stipulation of the Parties, and good cause appearing therefore, it is

15 hereby ORDERED that the Initial Case Management Conference in this action is continued from

16 September 1, 2006, to October 6, 2006, at 2:00 p.m., in Courtroom 10, 19th Floor, of the above-

17 referenced Court. All other deadlines are continued accordingly.

18          **IT IS SO ORDERED.**

19 Dated: August ___, 2006              _____

20                         HONORABLE SUSAN ILLSTON

21

22

23

24

25

26

27

28

1   Conference and ADR Deadlines, the last day to complete initial disclosures, file case management

2   statement and Rule 26(f) report shall be September 29, 2006.

3      5.  The Parties further agree that, notwithstanding the completion of their early

4   meeting of counsel, the automatic stay on the propounding of discovery affected by Rule 26 of the

5   Federal Rules of Civil Procedure shall remain in effect until twenty (20) days after the Parties

6   complete their initial disclosures, which initial disclosures will be made pursuant to the deadlines

7   established by the continued date for the CMC.

8      6.  The Parties further agree that execution of this Stipulation shall in no way

9   constitute a waiver of any jurisdictional defenses by any defendant.

10     7.  The Parties further agree that execution of this Stipulation shall in no way

11  constitute a waiver of service of process or an admission that service of process has been properly

12  effected by any defendant.

13    **IT IS SO STIPULATED.**

14  Dated: August ___, 2006     COX, CASTLE & NICHOLSON LLP

15

16              By: _____

17                Frederick H. Kranz
                  Jess R. Bressi
                  Ryan C. Stottlemyer

18

19                Attorneys for Plaintiff
                  SVC-NAPA, LP

20  Dated: August _9_, 2006      BAKER & MCKENZIE LLP

21

22              By: _____

23                Bruce H. Jackson
                  Christopher Van Gundy
                  Saralyn M. Ang-Olson

24                Attorneys for Defendants
                  STRATEGY RESORT FINANCING, INC.;

25                and STRATEGY INVESTMENTS, LLC

26

27

28

1    Dated:  August ___9___, 2006          FULBRIGHT & JAWORSKI LLP

2

3                                 By: _____

4                                    Todd M. Sorrell
                                    Melissa S. Mac Pherson

5                                    Attorneys for Defendant
                                    GVEC RESOURCE, INC.

6    Dated:  August ___, 2006           LINER YANKELEVITZ SUNSHINE
                                    & REGENSTREIF LLP

7

8

9                                 By: _____
                                    Jeffrey Nussbaum
                                    Kim Zeldin

10

11                               Attorneys for Defendants
                                    VERITAS HIGH YIELD ARBITRAGE
                                    FUND I LLC; and VERITAS HIGH YIELD

12                                    ARBITRAGE FUND (BERMUDA) LTD.

13                          **[PROPOSED] ORDER**

14        Based upon the Stipulation of the Parties, and good cause appearing therefore, it is

15    hereby ORDERED that the Initial Case Management Conference in this action is continued from

16    September 1, 2006, to October 6, 2006, at 2:00 p.m., in Courtroom 10, 19th Floor, of the above-

17    referenced Court.  All other deadlines are continued accordingly.

18        **IT IS SO ORDERED.**

19    Dated:  August ___, 2006          _____
                                    HONORABLE SUSAN ILLSTON

20

21

22

23

24

25

26

27

28

Dated: August ___, 2006                    FULBRIGHT & JAWORSKI LLP


                                            By: _____
                                                Todd M. Sorrell
                                                Melissa S. Mac Pherson

                                                Attorneys for Defendant
                                                GVEC RESOURCE, INC.

Dated: August 9, 2006                       LINER YANKELEVITZ SUNSHINE
                                            & REGENSTREIF LLP


                                            By: _____
                                                Jeffrey Nussbaum
                                                Kim Zeldin

                                                Attorneys for Defendants
                                                VERITAS HIGH YIELD ARBITRAGE
                                                FUND I LLC; and VERITAS HIGH YIELD
                                                ARBITRAGE FUND (BERMUDA) LTD.

## [PROPOSED] ORDER

        Based upon the Stipulation of the Parties, and good cause appearing therefore, it is

hereby ORDERED that the Initial Case Management Conference in this action is continued from

September 1, 2006, to October 6, 2006, at 2:00 p.m., in Courtroom 10, 19th Floor, of the above-

referenced Court. All other deadlines are continued accordingly.

        **IT IS SO ORDERED.**

Dated: August ___, 2006                     _____
                                            HONORABLE SUSAN ILLSTON