FREDERICK H. KRANZ (STATE BAR NO. 055815)
JESS R. BRESSI (STATE BAR NO. 110264)
RYAN C. STOTTLEMYER (STATE BAR NO. 212362)
COX, CASTLE & NICHOLSON LLP
19800 MacArthur Boulevard, Suite 500
Irvine, California 92612-2435
Telephone: (949) 476-2111
Facsimile: (949) 476-0256
Email: rkranz@coxcastle.com
Email: jbressi@coxcastle.com
Email: rstottlemyer@coxcastle.com

ROBERT D. INFELISE (STATE BAR NO. 093876)
COX, CASTLE & NICHOLSON LLP
555 Montgomery Street, Suite 1500
San Francisco, California 94111
Telephone: (415) 392-4200
Facsimile: (415) 392-4250
Email: rinfelise@coxcastle.com

Attorneys for Plaintiff and Counterdefendant
SVC-NAPA, L.P.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SVC-NAPA, L.P., a California limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>STRATEGY RESORT FINANCING, INC., a Florida corporation, *et al.*,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 06-3561 SI<br><br>HONORABLE SUSAN ILLSTON<br><br>**JOINT STIPULATION AND REQUEST FOR DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER THEREON** |

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
IRVINE, CA

52376\297636v1

JOINT STIPULATION AND REQUEST FOR
DISMISSAL WITHOUT PREJUDICE

1  TO THE HONORABLE SUSAN ILLSTON, UNITED STATES DISTRICT
2  JUDGE:

3  Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff and Counterdefendant SVC-Napa, LP, Defendants and Counterclaimants Veritas High Yield Arbitrage Fund I LLC, and Veritas High Yield Arbitrage Fund II LLC, and Defendant GVEC Resource, Inc., (collectively, the "Parties"), by and through their attorneys of record, hereby stipulate and request that this action, including counterclaims, be dismissed without prejudice in its entirety. Defendants Strategy Resort Financing, Inc., and Strategy Investments, LLC, and Defendant Veritas High Yield Arbitrage Fund (Bermuda) Ltd., have not served an answer or motion for summary judgment in this action, and are dismissed without prejudice pursuant to Rule 41(a)(1). Each party shall bear its own costs and attorneys' fees.

**SO STIPULATED.**

Dated: October 2, 2006           COX, CASTLE & NICHOLSON LLP

                                 By: _Frederick H. Kranz /RS_
                                 Frederick H. Kranz
                                 Jess R. Bressi
                                 Ryan C. Stottlemyer

                                 Attorneys for Plaintiff and Counterdefendant
                                 SVC-NAPA, LP

Dated: October ___, 2006         FULBRIGHT & JAWORSKI LLP


                                 By: _____
                                 Todd M. Sorrell
                                 Melissa S. Mac Pherson

                                 Attorneys for Defendant
                                 GVEC RESOURCE, INC.

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
IRVINE, CA

52376\297636v1

JOINT STIPULATION AND REQUEST FOR
DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE SUSAN ILLSTON, UNITED STATES DISTRICT JUDGE:

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff and Counterdefendant SVC-Napa, LP, Defendants and Counterclaimants Veritas High Yield Arbitrage Fund I LLC, and Veritas High Yield Arbitrage Fund II LLC, and Defendant GVEC Resource, Inc., (collectively, the "Parties"), by and through their attorneys of record, hereby stipulate and request that this action, including counterclaims, be dismissed without prejudice in its entirety. Defendants Strategy Resort Financing, Inc., and Strategy Investments, LLC, and Defendant Veritas High Yield Arbitrage Fund (Bermuda) Ltd., have not served an answer or motion for summary judgment in this action, and are dismissed without prejudice pursuant to Rule 41(a)(1). Each party shall bear its own costs and attorneys' fees.

**SO STIPULATED.**

Dated: October ___, 2006            COX, CASTLE & NICHOLSON LLP

                                    By: _____
                                        Frederick H. Kranz
                                        Jess R. Bressi
                                        Ryan C. Stottlemyer

                                    Attorneys for Plaintiff and Counterdefendant
                                    SVC-NAPA, LP

Dated: October 2, 2006              FULBRIGHT & JAWORSKI LLP

                                    By: _____
                                        Todd M. Sorrell
                                        Melissa S. Mac Pherson

                                    Attorneys for Defendant
                                    GVEC RESOURCE, INC.

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
IRVINE, CA

52376\297636v1

JOINT STIPULATION AND REQUEST FOR
DISMISSAL WITHOUT PREJUDICE

Dated: October 3, 2006

LINER YANKELEVITZ SUNSHINE
& REGENSTREIF LLP

By: /s/ Jeffrey Nussbaum
Jeffrey Nussbaum
Kim Zeldin

Attorneys for Defendants and Counterclaimants
VERITAS HIGH YIELD ARBITRAGE
FUND I LLC and VERITAS HIGH YIELD
ARBITRAGE FUND II LLC

## [PROPOSED] ORDER

Based upon the Parties' Joint Stipulation and Request for Dismissal Without Prejudice, and good cause appearing therefore, it is hereby ORDERED that this action, including counterclaims, is dismissed without prejudice in its entirety.

**SO ORDERED.**

Dated: _____, 2006

/s/ Susan Illston
HONORABLE SUSAN ILLSTON

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
IRVINE, CA

52376\297636v1

- 2 -

JOINT STIPULATION AND REQUEST FOR
DISMISSAL WITHOUT PREJUDICE