FREDERICK H. KRANZ (STATE BAR NO. 055815)
JESS R. BRESSI (STATE BAR NO. 110264)
RYAN C. STOTTLEMYER (STATE BAR NO. 212362)
COX, CASTLE & NICHOLSON LLP
19800 MacArthur Boulevard, Suite 500
Irvine, California 92612-2435
Telephone: (949) 476-2111
Facsimile: (949) 476-0256
Email: rkranz@coxcastle.com
Email: jbressi@coxcastle.com
Email: rstottlemyer@coxcastle.com

ROBERT D. INFELISE (STATE BAR NO. 093876)
COX, CASTLE & NICHOLSON LLP
555 Montgomery Street, Suite 1500
San Francisco, California 94111
Telephone: (415) 392-4200
Facsimile: (415) 392-4250
Email: rinfelise@coxcastle.com

Attorneys for Plaintiff and Counterdefendant
SVC-NAPA, L.P.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SVC-NAPA, L.P., a California limited partnership, | Case No. C 06-3561 SI |
| Plaintiff, | HONORABLE SUSAN ILLSTON |
| v. | **JOINT STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER THEREON** |
| STRATEGY RESORT FINANCING, INC., a Florida corporation, *et al.*, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
IRVINE, CA

52376\302357v1

JOINT STIPULATION AND REQUEST FOR
DISMISSAL WITH PREJUDICE

1  **TO THE HONORABLE SUSAN ILLSTON, UNITED STATES DISTRICT**
2  **JUDGE:**
3      On or about October 5, 2006, the Court entered an Order on a Joint Stipulation and
4  Request for Dismissal Without Prejudice in the above-captioned action.
5      Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff and
6  Counterdefendant SVC-Napa, LP, Defendants and Counterclaimants Veritas High Yield Arbitrage
7  Fund I LLC, and Veritas High Yield Arbitrage Fund II LLC, and Defendant GVEC Resource, Inc.,
8  (collectively, the "Parties"), by and through their attorneys of record, hereby stipulate and request that
9  this action, including counterclaims, be dismissed with prejudice in its entirety. Defendants Strategy
10 Resort Financing, Inc., and Strategy Investments, LLC, and Defendant Veritas High Yield Arbitrage
11 Fund (Bermuda) Ltd., never served an answer nor motion for summary judgment in this action, and
12 are dismissed with prejudice pursuant to Rule 41(a)(1). Each party shall bear its own costs and
13 attorneys' fees.
14     In addition, the Parties, by and through their attorneys of record, hereby stipulate that
15 this joint stipulation is binding on all parties and acts as a dismissal with prejudice as to all claims in
16 this action, including counterclaims, irrespective of whether the Court executes and files the Order
17 herein.
18     **SO STIPULATED.**
19 Dated: January 30, 2007     COX, CASTLE & NICHOLSON LLP

By: *Frederick H. Kranz /RS*
Frederick H. Kranz
Jess R. Bressi
Ryan C. Stottlemyer

Attorneys for Plaintiff and Counterdefendant
SVC-NAPA, LP

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
IRVINE, CA

52376\302357v1

JOINT STIPULATION AND REQUEST FOR
DISMISSAL WITH PREJUDICE

Dated: January ___, 2007        FULBRIGHT & JAWORSKI LLP

                                By: _____
                                    Todd M. Sorrell
                                    Melissa S. Mac Pherson

                                Attorneys for Defendant
                                GVEC RESOURCE, INC.

Dated: January ___, 2007        LINER YANKELEVITZ SUNSHINE
                                & REGENSTREIF LLP


                                By: _____
                                    Jeffrey Nussbaum
                                    Kim Zeldin

                                Attorneys for Defendants and Counterclaimants
                                VERITAS HIGH YIELD ARBITRAGE
                                FUND I LLC and VERITAS HIGH YIELD
                                ARBITRAGE FUND II LLC

### [PROPOSED] ORDER

Based upon the Parties' Joint Stipulation and Request for Dismissal With Prejudice, and good cause appearing therefore, it is hereby ORDERED that this action, including counterclaims, is dismissed with prejudice in its entirety.

**SO ORDERED.**

Dated: _____        _____
                                  HONORABLE SUSAN ILLSTON

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
IRVINE, CA

52376\302357v1          - 2 -          JOINT STIPULATION AND REQUEST FOR
                                       DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| 1 | Dated: January 26, 2007 | FULBRIGHT & JAWORSKI LLP |
| 2 | | |
| 3 | | By: /s/ Melissa S. Mac Pherson |
| | | Todd M. Sorrell |
| 4 | | Melissa S. Mac Pherson |
| 5 | | Attorneys for Defendant |
| | | GVEC RESOURCE, INC. |
| 6 | | |
| | Dated: January ___, 2007 | LINER YANKELEVITZ SUNSHINE |
| 7 | | & REGENSTREIF LLP |
| 8 | | |
| 9 | | By: _____ |
| | | Jeffrey Nussbaum |
| 10 | | Kim Zeldin |
| 11 | | Attorneys for Defendants and Counterclaimants |
| | | VERITAS HIGH YIELD ARBITRAGE |
| 12 | | FUND I LLC and VERITAS HIGH YIELD ARBITRAGE FUND II LLC |

### [PROPOSED] ORDER

Based upon the Parties' Joint Stipulation and Request for Dismissal With Prejudice, and good cause appearing therefore, it is hereby ORDERED that this action, including counterclaims, is dismissed with prejudice in its entirety.

**SO ORDERED.**

Dated: _____  _____
HONORABLE SUSAN ILLSTON

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
IRVINE, CA

52376\302357v1

- 2 -

JOINT STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| 1 | Dated: January ___, 2007 | FULBRIGHT & JAWORSKI LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Todd M. Sorrell<br>Melissa S. Mac Pherson |
| 5 | | Attorneys for Defendant<br>GVEC RESOURCE, INC. |
| 6 | Dated: January 26, 2007 | LINER YANKELEVITZ SUNSHINE |
| 7 | | & REGENSTREIF LLP |

By: _____
Jeffrey Nussbaum
Kim Zeldin

Attorneys for Defendants and Counterclaimants
VERITAS HIGH YIELD ARBITRAGE
FUND I LLC and VERITAS HIGH YIELD
ARBITRAGE FUND II LLC

### [PROPOSED] ORDER

Based upon the Parties' Joint Stipulation and Request for Dismissal With Prejudice, and good cause appearing therefore, it is hereby ORDERED that this action, including counterclaims, is dismissed with prejudice in its entirety.

**SO ORDERED.**

Dated: _____  _____
HONORABLE SUSAN ILLSTON

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
IRVINE, CA

52376\302357v1

- 2 -

JOINT STIPULATION AND REQUEST FOR
DISMISSAL WITH PREJUDICE